UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MELANIE A.S.**, <br><br> Plaintiff, <br><br> v. <br><br> **KILOLO KIJAKAZI**, *Acting Commissioner of Social Security*,[1] <br><br> Defendant. | Case No. 1:21-cv-00185 (TNM) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of Magistrate Judge G. Michael Harvey, docketed on May 12, 2022. *See* ECF No. 23. Under Federal Rule of Civil Procedure 72(b)(2), a party may serve and file specific written objections to such a Report and Recommendation within 14 days of being served. That time expired on May 26, 2022, without any objections being filed.

Having carefully reviewed the findings and conclusions contained in the Report and Recommendation and having considered Magistrate Judge Harvey's recommended disposition of the Plaintiff's claim for Social Security benefits, the Court will adopt in full the Report and Recommendation as the findings and conclusions of this Court.

Upon consideration of the Report and Recommendation, the absence of objections, and the entire record, it is hereby

**ORDERED** that the Report and Recommendation is adopted by the Court; and it is further

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew Saul, former Commissioner of Social Security, as the Defendant in this suit.

**ORDERED** that Defendant's [19] Motion for Judgment of Affirmance is GRANTED; and it is further

**ORDERED** that Plaintiff's [16] Motion for Judgment of Reversal, is DENIED.

**SO ORDERED.**

The Clerk of Court shall close the case.  This is a final, appealable Order.

Dated: May 27, 2022                                            TREVOR N. MCFADDEN, U.S.D.J.